IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scanlan, Diane

Printed: 11/20/07

Case Number: 05 B 13792
Judge: Hollis, Pamela S

Filed: 4/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 24, 2007
Confirmed: June 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,324.00 |  |
| Secured: |  | 10,982.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 627.34 |
| Other Funds: |  | 14.05 |
| Totals: | 13,324.00 | 13,324.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 1,700.00 | 1,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 24,342.18 | 10,915.84 |
| 4. | Cook County Treasurer | Secured | 1,239.00 | 0.00 |
| 5. | City Of Chicago | Secured | 156.77 | 66.77 |
| 6. | Internal Revenue Service | Priority | 6,702.59 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 356.96 | 0.00 |
| 8. | Rx Acquisitions | Unsecured | 16.95 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 5.87 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 96.58 | 0.00 |
| 11. | Brother Loan & Finance | Unsecured | 37.24 | 0.00 |
| 12. | State of Indiana | Priority | | No Claim Filed |
| 13. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Columbia House | Unsecured | | No Claim Filed |
| 18. | DeVry Institute of Technology | Unsecured | | No Claim Filed |
| 19. | Devon Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 21. | Pay Day Loans | Unsecured | | No Claim Filed |
| 22. | National Quick Cash | Unsecured | | No Claim Filed |
| 23. | PDL Financial Services | Unsecured | | No Claim Filed |
| 24. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 25. | T Mobile | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Scanlan, Diane | Case Number: 05 B 13792 |
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 4/12/05 |

| | | | |
|---|---|---|---|
| 26. Instant Cash Advance | Unsecured | | No Claim Filed |
| 27. T Mobile | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 34,654.14 | $ 12,682.61 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 83.67 |
| 5.5% | 275.00 |
| 5% | 91.73 |
| 4.8% | 176.94 |
| | _____ |
| | $ 627.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_